# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BILLY WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:08-cv-02321-KOB-JEO |
| TRUSSVILLE CITY JAIL & POLICE OFFICERS, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 30, 2009, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted because the claims are barred by the statute of limitations. No objections were filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court concludes that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be. A Final Judgment will be entered.

DATED this 26th day of May 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE